PROB 12B  
(7/93)

Report Date: August 4, 2009

# United States District Court

for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

AUG 05 2009  

JAMES R LARSEN, CLERK  
_____DEPUTY  
YAKIMA, WASHINGTON

Name of Offender: Joel Warren Verhamme          Case Number: 2:07CR00035-002

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 08/14/2007           Type of Supervision:   Supervised Release

Original Offense: Felon in Possession of a Firearm,   Date Supervision Commences: 09/10/2009  
18 U.S.C. §§ 922(g)(1) and 924

Original Sentence: Prison - 33 Months; TSR - 36    Date Supervision Expires: 09/09/2012  
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

RECEIVED  
AUG 5 2009  
CLERK, US DISTRICT COURT  
YAKIMA, WASHINGTON

18   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On February 25, 2009, Mr. Verhamme was transferred to the local residential reentry center (RRC), Geiger Corrections Center, by the Bureau of Prisons. He was scheduled to complete the remaining 6 months of his incarceration at the facility to assist in his transition back to the community. In April 2009, Mr. Verhamme obtained employment through Gypsum Concrete in Spokane Valley. His release plan included saving enough money to secure an apartment prior to release. During the month of May 2009, Mr. Verhamme tested positive for marijuana on two occasions at the RRC. In June 2009, he again tested positive for marijuana, and was placed on "lockdown" status by the Bureau of Prisons pending formal resolution of the violations.

Joel Verhamme has remained on "lockdown" status since June 8, 2009, and has been unable to work as a result. The undersigned officer was advised that Mr. Verhamme was transferred to Spokane County Jail on August 3, 2009, to complete the remainder of his sentence. He also lost 30 days of good-time and has an adjusted release date of September 10, 2009.

Due to the above issues, Mr. Verhamme will be homeless and without employment once he is released. He has expressed a desire to enter into the Sobriety Treatment and Education Program for the Eastern District of Washington (STEP). It appears a modification of his supervised release to include a term at the RRC would be in his best interest.

Prob 12B
**Re: Verhamme, Joel Warren**
**August 4, 2009**
**Page 2**

Mr. Verhamme would have the opportunity to gain employment, establish a release plan, and participate in treatment/STEP while at the RRC as a condition of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-4-09

Matthew L. Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/5/09
Date