PROB 12C
(7/93)

Report Date: October 20, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT
EASTERN DISTRICT OF WASHINGTON

OCT 20 2010

JAMES R. LARSEN
SPOKANE, WASHINGTON, DEPUTY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Warren Verhamme          Case Number: 2:07CR00035-002

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 08/14/2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924 | | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 01/13/2010 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 12/12/2012 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

          **Supporting Evidence**: On October 14, 2010, Mr. Verhamme was present in court at a scheduled Sobriety Treatment and Education Program (STEP) session. He was directed by the undersigned officer to report daily to the U.S. Probation Office until advised otherwise. Mr. Verhamme has not reported to the U.S. Probation Office since attending the STEP session. On October 18, 2010, the undersigned officer called the defendant's contact phone number and left a message directing him to report to U.S. Probation. He has failed to report to probation as directed.

2          **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

          **Supporting Evidence**: Mr. Verhamme gained employment through Systems Roofing on or about September 21, 2010. On October 20, 2010, his supervisor contacted the undersigned officer and reported that the defendant had not reported to work for the last week, and indicated that he was no longer employed through Systems Roofing. Mr. Verhamme failed to notify probation that his status of employment has changed.

Prob12C
Re: Verhamme, Joel Warren
October 20, 2010
Page 2

| | |
|---|---|
| 3 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: On October 14, 2010, Mr. Verhamme was present in court at a scheduled STEP session. He was advised that he could not have any further unexcused absences from the intensive outpatient substance abuse program at Pioneer Counseling. Pioneer Counseling reported Mr. Verhamme failed to attend scheduled treatment on October 18 and 19, 2010. |
| 4 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Verhamme failed to report as directed for scheduled drug testing on October 15 and 18, 2010. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10-20-2010
Date